UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-291-MSS-SPF

CARVIA HARRIS

18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about July 6, 2022, in the Middle District of Florida, the defendant,

CARVIA HARRIS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Trafficking in stolen property, on or about January 21, 2009;

2. Dealing in stolen property (three counts), on or about April 1, 2015;

3. False information on pawnbroker form (three counts), on or about April 1, 2015; and

4. Possession of a controlled substance, on or about April 1, 2015,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Smith & Wesson .40 caliber pistol and 12 rounds of .40 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

# FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant,

CARVIA HARRIS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Smith & Wesson .40 caliber pistol and 12 rounds of .40 caliber ammunition seized on or about July 6, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Christopher F. Murray*
Christopher F. Murray
Assistant United States Attorney

By: *Sara C. S.*
Sara C. Sweeney
First Assistant United States Attorney

FORM OBD-34
August 22

No. _____

================================================================

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

================================================================

THE UNITED STATES OF AMERICA

vs.

CARVIA HARRIS

================================================================

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

================================================================

A true bill,

███████████████
Foreperson

Filed in open court this 17th day

of August, 2022.

_____
Clerk

================================================================

Bail $_____

================================================================

GPO 863 525